**Electronically Filed
Supreme Court
SCWC-18-0000479
29-OCT-2020
02:47 PM
Dkt. 11 ODAC**

SCWC-18-0000479

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JASON ALEX KEONI MATTOS, JR., Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000479, CASE NO. 3DTC-18-070229)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and
Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Jason Alex Keoni Mattos, Jr.'s application for writ of certiorari filed on September 14, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 29, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Trish K. Morikawa

